IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARCUS WEST | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21cv285 |
| | § | |
| COLLIN CNTY. DET. FACILITY | § | |

## ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation (Dkt. #7) concluding that Plaintiff's lawsuit should be dismissed without prejudice for failure to prosecute. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed,[1] the court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court.

It is therefore **ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this the 26th day of February, 2022.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that the Report and Recommendation was returned to the court, marked "Return to Sender, Attempted - Unknown, Unable to Forward." Plaintiff's failure to keep the court apprised of his current address constitutes another basis to dismiss the case for failure to prosecute.